JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRANDON MCCULLOCH,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No. 2:21-cv-08046 SK<br>Hon. Steve Kim<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based upon the stipulation of the Parties, the Court hereby ORDERS as follows:

This action is hereby dismissed with prejudice. The Parties shall bear their own expenses, costs, and attorney fees with regard to this action.

**IT IS SO ORDERED.**

DATED: December 10, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

07685.2665/15987466.1

ORDER